IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLON CARTER : | |
| : | |
| v. : | CIVIL ACTION NO.  02-4381 |
| : | |
| BEN VARNER, ET AL. : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this         day of        ,        , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable JACOB P. HART, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
HERBERT J. HUTTON, J.

civrr